```
1  MICHAEL P. VERNA (#84070)
   BOWLES & VERNA LLP
2  2121 N. California Blvd., Suite 875
   Walnut Creek, CA  94596
3  Tel:  (925) 935-3300
   Fax:  (925) 935-0371
4  mverna@bowlesverna.com

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MACHORRO, JR., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ASIANA AIRLINES, INC.<br><br>Defendant(s).<br>_____/ | No. C 13-03286-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 16, 2013          Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")