UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

  A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

  **C 13-03286 YGR**  **Machorro et al v. Asiana Airlines, Inc.**

  **C 13-03489 SI**  **Xie et al v. Asiana Airlines, Inc.**

    **I find that the above case is related to the case assigned to me. YGR**


  **C 13-03684 WHO**  **Qian et al v. Asiana Airlines, Inc. Et al**

    **I find that the above case is related to the case assigned to me. YGR**


  **C 13-03686 YGR**  **Yanagihara et al v. Asiana Airlines, Inc. Et al**

    **I find that the above case is related to the case assigned to me. YGR**


  **C 13-03687 EMC**  **Andrighetto et al v. Asiana Airlines, Inc. Et al**

    **I find that the above case is related to the case assigned to me. YGR**


  **C 13-03712 SC**  **Chung et al v. Asiana Airlines Inc et al**

    **I find that the above case is related to the case assigned to me. YGR**


  **C 13-03881 MEJ**  **Chen, et al  v. Asiana Airlines, Inc. Et al**

    **I find that the above case is related to the case assigned to me. YGR**

**C 13-3895 LB McLean v Asiana Airlines, et al.**
        **I find that the above case is related to the case assigned to me. YGR**

**C-13-3896 NC Boesch v Asiana Airlines Inc. et al.**
        I **find that the above case is related to the case assigned to me. YGR**

## ORDER

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**Dated: August 28, 2013**

                                      **Yvonne Gonzalez Rogers**
                                      **United States District Judge**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                                                                            **Richard W. Wieking, Clerk**

**DATED:**                                     **By:** _____
                                                                              **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: August 28, 2013**     **By:** *Frances Stone*
                               **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____ (date)