United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MACHORRO, JR., et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ASIANA AIRLINES, INC.,<br><br>  Defendant. | Case No.: 13-cv-03286-YGR<br>Related Case Nos.:  13-cv-03489-YGR<br>  13-cv-03684-YGR<br>  13-cv-03686-YGR<br>  13-cv-03687-YGR<br>  13-cv-03712-YGR<br>  13-cv-03881-YGR<br>  13-cv-03895-YGR<br>  13-cv-03896-YGR<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS TO STAY** |

The Court specially set a Case Management Conference in the above-referenced actions on November 18, 2013. Since that time, the parties have filed stipulations and requests to stay their initial disclosure obligations under Fed. R. Civ. P. 26(a)(1) until the Case Management Conference—all of which the Court has granted.

In addition, numerous Motions to Stay Proceedings Pending Transfer to Multidistrict Litigation have been filed in these related actions. The parties have stipulated to a hearing date of November 18, 2013 for the motions to stay. The Court, however, did not authorize holding a motion hearing during the Case Management Conference.

In light of the pending motions and need for a Case Management Conference, the Court hereby re-sets the Case Management Conference *and* hearing on the motions to stay for <u>November 19, 2013 at 10:00 a.m.</u> in Courtroom 5. The parties shall follow the Court's previous instructions regarding filing a Comprehensive Joint Case Management Conference Statement in the first-filed action (*Machorro v. Asiana Airlines, Inc.*) and, if necessary, Supplemental Joint Case Management Conference Statements.

The Court further **ORDERS** the parties to meet and confer regarding the pending motions to stay to determine if any stipulation can be reached prior to the hearing date. If the parties cannot reach a stipulation, the parties are hereby **ORDERED** to file consolidated briefing on the motions to stay, to the extent possible.[1] Specifically, Defendant The Boeing Company shall withdraw the pending motions to stay in every case except the lowest-numbered case in which the motion has been filed. Joinders and/or *supplemental* briefs[2] shall be filed in the additional cases, as applicable. The same process regarding joinders and/or supplemental briefs shall be followed with regard to oppositions and replies. In particular, the Court has observed at least three sets of attorneys representing Plaintiffs. Plaintiffs' attorneys are hereby **ORDERED** to meet and confer to determine whether they can jointly prepare one opposition. If they cannot, each set of attorneys is directed to file one opposition in their lowest-numbered case and joinders and/or supplemental briefs, as necessary, for their additional cases.

In light of the above, the Court hereby extends the stay entered in these actions of the parties' initial disclosure obligations to November 19, 2013.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court is under the impression that there is a high degree of duplication of argument in the pending motions to stay.

[2] Any supplemental briefs shall address only *additional issues not addressed* in the primary brief.