UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MACHORRO, JR., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ASIANA AIRLINES, INC.,<br><br>　　　　Defendant. | Case No.: 13-cv-03286-YGR<br>Related Case Nos.:　13-cv-03489-YGR<br>　　　　　　　　　　13-cv-03684-YGR<br>　　　　　　　　　　13-cv-03686-YGR<br>　　　　　　　　　　13-cv-03687-YGR<br>　　　　　　　　　　13-cv-03712-YGR<br>　　　　　　　　　　13-cv-03881-YGR<br>　　　　　　　　　　13-cv-03895-YGR<br>　　　　　　　　　　13-cv-03896-YGR<br>　　　　　　　　　　13-cv-04546-YGR<br>　　　　　　　　　　13-cv-04903-YGR<br>　　　　　　　　　　13-cv-04905-YGR<br>　　　　　　　　　　13-cv-04907-YGR<br><br>**ORDER GRANTING IN PART MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION** |

The Boeing Company has filed a Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation ("Motion") in related action, *Qian, et al. v. Asiana Airlines, Inc. and The Boeing Company*, No. 13-cv-03684-YGR. Pursuant to the Court's instructions, Boeing filed joinders in the Motion in six additional actions: Case Nos. 13-cv-03686, 13-cv-03687, 13-cv-03896, 13-cv-03712, 13-cv-03881, and 13-cv-03895. In the instant action, *Machorro, et al. v. Asiana Airlines, Inc.*, defendant Asiana Airlines filed a Joinder and Supplemental Brief to The Boeing Company's Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation.[1] Plaintiffs in these actions filed a Joint Opposition to Defendants The Boeing Company and Asiana Airlines, Inc.'s Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation. Defendants, in turn, have filed replies and/or joinders.

---

[1] The Court notes that no joinder to the Motion has been filed in *Xie, et al. v. Asiana Airlines, Inc.*, Case No. 13-cv-03489, but plaintiffs in that action are represented by the same counsel as plaintiffs in *Machorro*.

Since the completion of briefing on the Motion, the parties in these actions have stipulated that four additional cases[2] should be administratively related to *Machorro* and requested such relation, which the undersigned has granted. No joinders to the pending motions have been filed in these four recently-related actions.

Having carefully considered the papers submitted and the pleadings in these actions, and for the reasons set forth below, the Court hereby **GRANTS IN PART** the Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation.[3] The Court finds that the interest of judicial economy will be advanced by a short stay pending a decision by the Judicial Panel on Multidistrict Litigation regarding whether to transfer these actions to multidistrict litigation for consolidated and coordinated pretrial proceedings. Accordingly, the Court **STAYS** each of the above-referenced and related actions until the Panel renders its decision. The Court **DENIES WITHOUT PREJUDICE** Asiana Airline's request for further stay until the National Transportation Safety Board permits the release of factual information related to the causes of the accident at issue.

In light of the stay, the Court **VACATES** the Case Management Conference scheduled for November 19, 2013.

This Order terminates Dkt. No. 23 in *Qian, et al. v. Asiana Airlines, Inc. and The Boeing Company*, No. 13-cv-03684-YGR.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Those actions are: (1) *Ping, et al. v. Asiana Airlines, Inc. and The Boeing Co.*, No. 13-cv-04546; (2) *Qiao, et al. v. Asiana Airlines, Inc. and The Boeing Co.*, No. 13-cv-04903; (3) *Lee, et al. v. Asiana Airlines, Inc. and The Boeing Co.*, No. 13-cv-04905; and (4) *Lee, et al. v. Asiana Airlines, Inc. and The Boeing Co.*, No. 13-cv-04907.

[3] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for November 19, 2013.