1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12

JUNGMI AMY HWANG,

Plaintiff,

13

v.

14

ASIANA AIRLINES, INC.,

15

Defendant.

16

Case No. 14-cv-01513 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

17
18

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19

above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it

20

is related to *Hector Machorro, et al. v. Asiana Airlines, Inc., et al.*, No. 13-cv-03286 YGR.

21

    IT IS SO ORDERED.

22

    Date: April 3, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

23
24
25
26
27
28