UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No.: 2497<br><br>**ORDER SETTING COMPLIANCE HEARING**<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' initial discovery schedule and other dates set at the April 11, 2014 case management conference shall be held on Friday, **April 18, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a proposed order setting forth the initial discovery schedule and other dates set at the April 11, 2014 case management conference, or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 11, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE