**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>**AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | MDL No.: 2497<br><br>**ORDER REGARDING CASE MANAGEMENT PROCEDURES AND DATES SET AT APRIL 11, 2014 CASE MANAGEMENT CONFERENCE**<br><br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** |

The Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court for coordinated pretrial proceedings actions relating to the Air Crash at San Francisco, California, on July 6, 2013 ("July 6 Air Crash").  Accordingly, the Court held an initial management conference in the *In re: Air Crash at San Francisco, California on July 6, 2013* MDL No. 2497 Proceedings ("Proceeding") before Honorable Yvonne Gonzalez Rogers on April 11, 2014, at 10:00 a.m.  The appearances of counsel are noted on the record.  All parties having been represented by their attorneys of record, the Court having conferred with counsel and counsel having participated in the conference, and good cause appearing therefore, the Court enters the following orders for management of the Proceeding and each case already joined, or to be joined, in the Proceeding:

1.      <u>APPLICABILITY OF ORDER</u>:  The provisions of this Order shall govern the practice and procedure of actions coordinated and/or consolidated as part of MDL No. 2497, and all "tag-along actions" later filed in, removed to, or transferred to this Court.

2.      <u>CONSOLIDATION</u>:  The civil actions transferred to this Court or related to the July 6 Air Crash already pending before this Court are consolidated for pretrial purposes only.  This

consolidation does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any person or entity a party to any action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure.

3.    MASTER DOCKET FILE:  The Clerk of the Court will maintain a master docket case file under the style "*In re Air Crash at San Francisco, California, on July 6, 2013*," No. 13-md-2497-YGR, and the identification of "MDL No. 2497."  When a pleading is intended to apply to all actions, this shall be indicated by the words:  "This Document Relates to: All Actions."  When a pleading is intended to apply to fewer than all such cases, the abbreviated case caption and this Court's docket number of each individual case to which the document relates shall appear immediately after the words:  "This Document Relates to."

4.    FILING:  This case is subject to Electronic Case Filing ("ECF"), pursuant to Local Rule 5.1(b), which requires that all documents be filed electronically.  Local Rule 5.1(b) provides that:  "Each attorney of record is obligated to become an ECF User and obtain a user ID and password for access to the system upon filing a case in this district."  If he or she has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password.  Forms and instructions can be found on the Court's website at *ecf.cand.uscourts.gov*.  Filing via ECF shall be deemed sufficient service on all parties for all documents able to be publicly filed, and parties are excused from any duty to serve paper copies of any filing in these proceedings, with the exception of filings made under seal.  Federal Rule of Civil Procedure 6(d) shall not apply to extend time limits for documents filed and served electronically.

All documents shall be e-filed in the master file, No. 13-md-2497-YGR.  Document(s) that pertain to one or only some of the pending actions shall *also* be e-filed in the individual case(s) to which the document(s) pertain(s).

5.    MAGISTRATE JUDGE VADAS:  Magistrate Judge Nandor J. Vadas has been assigned to this Proceeding for discovery disputes as referred by this Court.

6.    ADR PROCEDURES:  Plaintiffs' Counsel and Counsel for the Defendants will consider the advisability of using one or more mediators to design a process for resolution of these

consolidated cases when an appropriate time arises in the case.

7.     <u>RELATED CASES</u>:  The parties shall follow the procedure set forth by Civil Local Rule 3-12 for any later filed related cases.

8.     <u>PLEADINGS</u>:  Plaintiffs will file a Consolidated Master Complaint on May 12, 2014.  Each Plaintiff will have until May 27, 2014 to file a Notice of Adoption of the Master Complaint.  At that time, Plaintiffs will also file all administrative motions necessary to dismiss individual complaints.  Defendants will respond to the Consolidated Master Complaint on June 12, 2014.

9.     <u>DISCOVERY</u>:  Initial disclosures pursuant to Rule 26(a)(1) will be exchanged on May 12, 2014.  Defendants may submit consolidated initial disclosures rather than separate disclosures for each pending case.  All parties will meet and confer to create a stipulated discovery plan with targeted discovery requests in the next thirty days.  If the parties are unable to agree, any disputed items will be submitted to the Court for resolution in connection with the next case management hearing.

10.     <u>REMAND HEARINGS</u>:  At the April 11, 2014 case management conference, the Court set the hearing on the Motion for Remand pending in *Yang et al. v. Boeing*, 13-cv-05941, for May 16, 2014 at 9:00 a.m. in Courtroom 1, United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California.  In light of Judge Leinenweber's recent decision on the remand issue and in the interest of efficiency, the Court hereby reschedules the *Yang* Motion for Remand hearing to May 30, 2014.  However, if Judge Leinenweber's decision is appealed, the Court shall refrain from entertaining oral argument on the issue until a decision is rendered.  Counsel shall notify the Court promptly of any appeal taken.  The Court also resets hearing on the Motion for Remand pending in *Hyun et al. v. Boeing*, 14-cv-01057, for May 30, 2014.  Argument on both remand motions will be heard after the conclusion of the 10:00 a.m. case management conference.

11.     NEXT CASE MANAGEMENT CONFERENCE:  The next case management conference is set for May 30, 2014 at 10:00 a.m. in Courtroom 1, United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California.


     IT IS SO ORDERED.

Date: **April 21, 2014**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

4