# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NINI SHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>ASIANA AIRLINES, INC.,<br><br>    Defendant. | Case No. 14-cv-02118 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *Hector Machorro, et al. v. Asiana Airlines, Inc., et al.*, No. 13-cv-03286 YGR.

IT IS SO ORDERED.

Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge