MICHAEL P. VERNA (# 84070)
NATHANIEL B. DUNCAN (# 254639)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com
        nduncan@bowlesverna.com

Attorneys for Plaintiffs
HECTOR MACHORRO, JR. and YOUNGA JUN
MACHORRO, individually and as Guardians ad
Litem and Parents of Minor BHM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No. 2497<br><br>This Document Relates to:<br>Case No. 4:13-cv-03286-YGR |
| HECTOR MACHORRO, JR. and YOUNGA JUN MACHORRO, individually and as Guardians Ad Litem and Parents of Minor BHM,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ASIANA AIRLINES, INC., et al.<br><br>                    Defendants. | [~~PROPOSED~~] ORDER GRANTING APPOINTMENT OF GUARDIANS AD LITEM FOR MINOR BHM<br><br>Date:<br>Time:<br>Dept:  Courtroom 5, 2nd Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

## ORDER

This matter comes before the court on the application to appoint guardians ad litem for the minor involved in this action. Specifically, petitioners Hector Machorro, Jr. and Younga Jun Machorro request that they be appointed guardians ad litem for their minor son BHM. For good cause appearing, it is hereby adjudged and ordered that these petitions are GRANTED.

1
2  IT IS SO ORDERED.
3
4
5  DATED: ___April 27___, 2015
6                                                          _____
                                                           U.S. DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING APPOINTMENT OF GUARDIANS AD LITEM FOR MINOR BHM