MICHAEL P. VERNA (# 84070)
NATHANIEL B. DUNCAN (# 254639)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com
       nduncan@bowlesverna.com

Attorneys for Plaintiffs
HECTOR MACHORRO, JR. and YOUNGA JUN
MACHORRO, individually and as Guardians ad
Litem and Parents of Minor BHM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No. 2497<br><br>This Document Relates to:<br>Case No. 4:13-cv-03286-YGR |
| HECTOR MACHORRO, JR. and YOUNGA JUN MACHORRO, individually and as Guardians Ad Litem and Parents of Minor BHM,<br><br>Plaintiffs,<br><br>v.<br><br>ASIANA AIRLINES, INC., et al.<br><br>Defendants. | [PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF MINOR'S COMPROMISE<br><br><br>Date:<br>Time:<br>Dept:  Courtroom 5, 2nd Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiffs Hector Machorro Jr., Younga Jun Machorro, individually and as Parents and Guardians Ad Litem of BHM, by and through their counsel, have submitted their Motion for Approval of Minor's Compromise pertaining to a settlement reached with defendants on behalf of BHM.

Upon review of the file and consideration of the materials submitted in support thereof, including the Motion, the Declaration of Michael P. Verna, the Declaration of Hector Machorro Jr. and the Declaration of Younga Jun Machorro, and the non-opposition of any defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

Good cause appearing:

1. The settlement of the claims of plaintiff BHM against defendants, as compromised pursuant to the terms of the Settlement Agreement and General Release and the periodic payments scheduled attached thereto is approved.

2. The total settlement is for ▮ (inclusive of a ▮ advance payment). Less fees, costs, satisfaction of the medical lien of Tricare Health, and ▮ previously paid, BHM will receive periodic payments having the present value net sum of ▮, which will be paid to obtain a single premium-deferred annuity to BHM issued by Berkshire Hathaway Life Insurance Company of Nebraska, and which will be funded directly by the insurers of one or more defendants. The specific terms of the annuity, which are approved, are detailed in the Declaration of Michael P. Verna.

3. Plaintiffs' counsel may attach the fully executed settlement documents to this Order for purposes of submitting same to Berkshire Hathaway Life Insurance Company of Nebraska.

4. Should delays in effectuating the financial terms of this settlement cause a decrease in the future payout amount to be received by BHM and/or a change in premium payment owed, no further pleading or order of this Court shall be necessary so long as the total payout to BHM is no less than 97% of the amounts set forth in Release and/or the premium cost is no more or less than 3% of ▮ with all other variables of the annuity remaining the same. In the event there is a 3% or less change in premium cost or payout amounts to BHM which would not require further order from this Court, counsel for BHM, Bowles & Verna, LLP, shall notify Defendants who shall pay funds as directed by Bowles & Verna, LLP.

5. The Court approves case costs in the amount of ▮ to be deducted from the gross settlement amount due BHM.

6. The Court approves attorneys' fees in the amount of ▮ to be deducted from the gross settlement amount due BHM.

7. The Court approves payment of ▮ to satisfy the medical lien claim of Tricare

2

[~~PROPOSED~~] ORDER GRANTING MOTION FOR APPROVAL OF MINOR'S COMPROMISE

Health to be deducted from the gross settlement amount due BHM.

8. The Court approves dismissal of all claims of BHM against all defendants, with prejudice. Plaintiffs' counsel shall submit dismissal papers promptly after the annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED.**

DATED: ___April 27___, 2015

_____
U.S. DISTRICT JUDGE